**Jessie James RICHMOND, Plaintiff—Appellant,**

v.

**W. SWEETING; W. Irving; A.W. Henderson, Joseph Smith, Warden of Federal Correctional Institution at Edgefield, Defendants—Appellees.**

**No. 05–6141.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2005.

Decided: June 29, 2005.

Jessie James Richmond, Appellant pro se. Raymond Emery Clark, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

580

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jessie James Richmond appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Richmond's motion for appointment of counsel and affirm for the reasons stated by the district court. See *Richmond V. Sweeting*, No. CA–04–1214–4–BH (D.S.C. Dec. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*